1

**SAO**
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
RYAN W. BIGGAR, ESQ.
Nevada Bar No. 4535
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
(702) 477-0088 facsimile

Attorneys for Defendant
GOVERNMENT EMPLOYEES
INSURANCE COMPANY
(improperly named as
GEICO INDEMNITY COMPANY)

2

3

4

5

6

7

8

9

10

11

12

13

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

14

15

16

17

18

19

20

21

HOSSEIN SANGINZAK, individually        )
                                        )
                                        )        CASE NO.:  2:14-cv-00407-RFB-GWF
                Plaintiff,              )
                                        )
vs.                                     )
                                        )
GEICO INDEMNITY COMPANY;                )
DOES I-X and ROES I-X, inclusive,       )
                                        )
                Defendants.             )
_____)

22

23

**STIPULATION AND ORDER FOR DISMISSAL**
**OF PLAINTIFF'S SECOND AND THIRD CLAIMS FOR RELIEF**

24

25

26

27

28

     IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto,

through their respective counsel of record, that Plaintiff's Second Claim for Relief (Violation of

the Unfair Claims Practices Act) and Third Claim for Relief (Breach of the Covenant of Good

/ / /

PYATT SILVESTRI
A PROFESSIONAL LAW CORPORATION
701 BRIDGER AVENUE  SUITE 600
LAS VEGAS, NEVADA  89101-8941
PHONE (702) 383-6000   FAX (702) 477-0088

Faith and Fair Dealing), only, in Plaintiff's Complaint in the above-referenced matter shall be dismissed, with prejudice.

Dated this 12th day of March, 2015.

VANNAH & VANNAH

/s/ John B. Greene, Esq. _____
JOHN B. GREENE, ESQ.
Nevada Bar No. 4279
400 S. Seventh Street
Suite 400
Las Vegas, Nevada 89101
F: 369-4161
Attorneys for Plaintiff,
HOSSEIN SANGINZAK

Dated this12th day of March, 2015.

PYATT SILVESTRI

/s/ Ryan W. Biggar, Esq.
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
RYAN W. BIGGAR, ESQ.
Nevada Bar No. 4535
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorneys for Defendant,
GOVERNMENT EMPLOYEES
 INSURANCE COMPANY
 (improperly named as
  GEICO INDEMNITY COMPANY)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PYATT SILVESTRI
A PROFESSIONAL LAW CORPORATION
701 BRIDGER AVENUE  SUITE 600
LAS VEGAS, NEVADA 89101-8941
PHONE (702) 383-6000  FAX (702) 477-0088

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff's Second Claim for Relief (Violation of the Unfair Claims Practices Act) and Third Claim for Relief (Breach of the Covenant of Good Faith and Fair Dealing), only, in Plaintiff's Complaint in the above-referenced matter shall be dismissed, with prejudice.

DATED this 18th day of _____March_____, 2015.

Submitted by:

PYATT SILVESTRI

_____
RICHARD F. BOULWARE, II
United States District Judge

/s/ Ryan W. Biggar, Esq.
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
RYAN W. BIGGAR, ESQ.
Nevada Bar No. 4535
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Attorneys for Defendant,
GOVERNMENT EMPLOYEES
INSURANCE COMPANY
(improperly named as
GEICO INDEMNITY COMPANY)

PYATT SILVESTRI
A PROFESSIONAL LAW CORPORATION
701 BRIDGER AVENUE  SUITE 600
LAS VEGAS, NEVADA  89101-8941
PHONE (702) 383-6000   FAX (702) 477-0088

Sanginzak vs. Geico Idemnity Company,
Case No. 2:14-cv-00407-RFB-GWF

3